No. 03–8661. SMITH *v.* MASSACHUSETTS. App. Ct. Mass. [Certiorari granted, 542 U. S. 903.] Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 04–5154. ORTLOFF *v.* UNITED STATES. C. A. 5th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 803] denied.

No. 04–6297. JEVTIC *v.* LIBERTY MUTUAL INSURANCE CO. Sup. Ct. N. Y., Erie County; and

No. 04–6314. IN RE TAHA. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until December 6, 2004, within which to pay the docketing fee required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 04–6869. IN RE SMITH. Petition for writ of habeas corpus denied.

No. 03–10574. IN RE SHEMONSKY;
No. 03–10857. IN RE SHEMONSKY;
No. 04–346. IN RE GRACE ET AL.; and
No. 04–6318. IN RE ANDERSON. Petitions for writs of mandamus denied.

No. 03–1581. KNIGHT-RIDDER, INC. *v.* CAPITAL FACTORS, INC.; and

No. 03–1583. HANDLEMAN CO. *v.* CAPITAL FACTORS, INC., ET AL. C. A. 7th Cir. Certiorari denied.

No. 03–8968. VENEGAS-ORNELAS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 03–9345. OWEN *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 04–107. CIBAO MEAT PRODUCTS *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 2d Cir. Certiorari denied.